**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-2392

JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

v.

HOMEADVISOR, INC.,

    Defendant.

---

**DEFENDANT HOMEADVISOR, INC.'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant HomeAdvisor, Inc. ("HomeAdvisor") discloses that it is a wholly owned subsidiary of ANGI Homeservices Inc., a publicly traded company.

Dated: October 7, 2019            Respectfully submitted,

                                                 */s/ Brent R. Owen*
                                                 Brent R. Owen, #45068
                                                 David Blake, #25202
                                                 Squire Patton Boggs (US) LLP
                                                 1801 California Street, Suite 4900
                                                 Denver, Colorado  80202
                                                 O  303 830 1776
                                                 F  303 894 9239
                                                 Brent.owen@squirepb.com
                                                 David.blake@squirepb.com

2

Eric J. Troutman
Emily L. Wallerstein
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
O   213 624 2500
F   213 623 4581
eric.troutman@squirepb.com
emily.wallerstein@squirepb.com

Amy Brown Doolittle
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC  20037
O  202 457 6000
F   202 457 6315

*Attorneys for Defendant HomeAdvisor, Inc.*