# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-2392

JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,

      Respondent,

v.

HOMEADVISOR, INC.,

      Defendant.

## STIPULATION OF DISMISSAL

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendant. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian K. Murphy | /s/ Brent R. Owen |
| Brian K. Murphy | Brent R. Owen, #45068 |
| Jonathan P. Misny | Squire Patton Boggs (US) LLP |
| Murray Murphy Moul + Basil LLP | 1801 California Street, Suite 4900 |
| 1114 Dublin Road | Denver, CO 80202 |
| Columbus, OH 43215 | O  303 830 1776 |
| Telephone: 614.488.0400 | F  303 894 9239 |
| Facsimile: 614.488.0401 | brent.owen@squirepb.com |
| E-mail: murphy@mmmb.com | |
| misny@mmmb.com | Eric J. Troutman |
| | Squire Patton Boggs (US) LLP |
| Anthony I. Paronich | 555 South Flower Street, 31st Floor |
| Paronich Law, P.C. | Los Angeles, CA 90071 |
| 350 Lincoln Street, Suite 2400 | O   213 624 2500 |
| Hingham, MA 02043 | F   213 623 4581 |
| Telephone: 508.221.1510 | eric.troutman@squirepb.com |
| E-mail: anthony@paronichlaw.com | |
| | Amy Brown Doolittle |
| *Attorneys for Plaintiff* | Squire Patton Boggs (US) LLP |
| | 2550 M Street, NW |
| | Washington, DC 20037 |
| | O   202 457 6000 |
| | F   202 457 6315 |
| | amy.doolittle@squirepb.com |
| | |
| | *Attorneys for Defendant* |

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2020, I electronically served the foregoing on counsel of record.

/s/ Brian K. Murphy
Brian K. Murphy